# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Main
(212) 972-3213 Fax
jacksonlewis.com

*Via ECF and U.S. Mail*

December 8, 2020

The Honorable Laura Taylor Swain
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2020
```

**Re:**   Akinsanya v. Flavma Inc.
   <u>Civil Matter No.: 20-cv-07261</u>

Dear Judge Swain,

We represent Defendant Flavma Inc. ("Defendant") in the above-referenced matter. Pursuant to Your Honor's Individual Practices and Rule 1(f), we request an adjournment of the Initial Pretrial Conference from December 23, 2020 until January 2021. The Parties have conferred and are both available for the Initial Pretrial Conference on January 11, 18 or 21. Defendant makes the instant request because counsel is unavailable to attend the Initial Pretrial Conference on the currently scheduled date. Plaintiff consents to this request. This is Defendant's first request for an extension of this deadline and no other deadlines have been scheduled in this case.

We appreciate Your Honor's attention to this request.

Respectfully yours,

*/s Lori Bauer*
Lori Bauer
(212) 545-4025 Direct
Lori.Bauer@JacksonLewis.com
Jackson Lewis P.C.

cc:   Counsel of Record (*via* ECF)

The Initial Pretrial Conference currently set for December 23, 2020 at 9:30 a.m. before Magistrate Judge Robert W. Lehrburger is hereby rescheduled to **January 11, 2021** at **11:00 a.m.**

SO ORDERED:
12/21/2020
_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

4821-5248-6868, v. 1